```
                                                FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2017 APR 13  P 2:19

                                          WILLIAM W. BLEVINS
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATION OF
THE FEDERAL CONTROLLED SUBSTANCES ACT



FELONY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-071 |
| v. | * | SECTION: SECT. G  MAG. 2 |
| DION GURLEY | * | VIOLATION: 21 USC § 846 |
| TEMEKA JONES | | 21 USC § 841(a)(1) |
| TERANIKA THOMAS | * | 21 USC § 841(b)(1)(C) |
| | | 21 USC § 841(b)(2) |
| | * | |

\*   \*   \*

SEALED

The Grand Jury charges that:

### COUNT 1

Beginning in or about 2013, and continuing until the filing of this indictment, in the Eastern District of Louisiana and elsewhere, the defendants, **DION GURLEY, TEMEKA JONES** and **TERANIKA THOMAS**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to distribute quantities of oxycodone, a Schedule II drug controlled substance, promethazine with codeine, a Schedule III drug controlled

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

substance, and carisoprodol, a Schedule IV drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(2), and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

## NOTICE OF DRUG FORFEITURE

1. The allegations of Count 1 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Count 1, the defendants, **DION GURLEY**, **TEMEKA JONES** and **TERANIKA THOMAS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of any defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable

property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

JOHN F. MURPHY
Assistant United States Attorney

New Orleans, Louisiana
April 13, 2017

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__
__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

**DION GURLEY**
**TEMEKA JONES**
**TERANIKA THOMAS**

## INDICTMENT

**INDICTMENT FOR VIOLATION OF THE**
**FEDERAL CONTROLLED SUBSTANCES ACT**

VIOLATIONS:   21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(2)

A true _____

Filed in open court this _____ day of _____ A.D. 2017.

_____
Clerk

Bail, $ _____

_____
John E. Murphy, Assistant United States Attorney