MINUTE ENTRY
BROWN, J.
October 31, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 17-71 G |
| DION GURLEY | SECTION: |

## SENTENCING

Court Reporter: Karen Ibos
Case Manager: Shaveka M. Joshua
Law Clerk: Jacob Leon

PRESENT:   John Murphy, Counsel for the government
           Jessica Mullaly, Counsel for defendant
           Renee Williams, U. S. Probation

Case called 10:32 a.m.

The defendant's objection to the Pre-Sentence Report is Overruled.

Defendant present and sentenced to count 1 of the Indictment.

See Judgment.

The defendant was REMANDED.

Hearing completed 10:58 a.m.

JS-10:  0:26